# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

M.J., an infant, by her Parent and
Natural Guardian, CASEY JOHNSON,

        Plaintiff,

v.

        STIPULATION OF
        DISCONTINUANCE
        Civil Action No.:
        7:09-CV-0076 (TMJ/GHL)

UNITED STATES OF AMERICA, SAMARITAN
MEDICAL CENTER, KRISTIN LEWIS, CNM,
LYNN OSSOLA, RN, GAY WARD, RN,
TONI BONVILLE, RN, SHEELA MARIE, RN,
and "John/Jane Doe No. 1" through "John/Jane Doe No. 10"
said names intended to designate those persons or unknown
persons who were employees, agents, apparent agents,
independent contractors and/or staff members of
Samaritan Medical Center who were involved in the care
and treatment of Casey Johnson and Plaintiff, M.J.,
on the dates set forth below,

        Defendants.

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records for the plaintiff and defendants in this action, that

    WHEREAS no party hereto is an infant or person for whom a personal needs or property management guardian has been appointed and there is no person not a party who has an interest in the subject matter of this action, including any cross-claims, be, and the same hereby is

    DISCONTINUED as to the defendant KRISTIN LEWIS, CNM, on the merits and with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 25, 2010

_____
Charles E. Patton, Esq.
Bar Roll No.: 601480
MARTIN, GANOTIS, BROWN,
MOULD & CURRIE, P.C.
Attorneys for Defendant
Office and P.O. Address
5790 Widewaters Parkway
Dewitt, New York 13214
(315) 449-2616

_____
Charlie Falgiatano, Esq.
Bar Roll No.: 513110
DeFRANCISCO & FALGIATNO
LAW FIRM
Attorneys for Plaintiff
Office and P.O. Address
121 East Water Street
Syracuse, New York 13202
(315) 479-9000

_____
William Larkin, Esq.
Assistant U.S. Attorney
Northern District of New York
William F. Larkin Bar Number 102013
Attorneys for Defendant
UNITED STATES
Office and P.O. Address
100 South Clinton Street
Room 900; P.O. Box 7198
Syracuse, New York 13261-7198
Tel: (315) 448-0672

SO ORDERED
_____
George H. Lowe
U.S. Magistrate Judge
Dated: 11/12/2010
Syracuse, New York